

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00046-CV

**BIG CREEK CONSTRUCTION, LTD, AND
COWBELL TRAFFIC SERVICE, INC.,**

                                                          **Appellants**

 **v.**

**KAY AND TERRY KAMP,**

                                                          **Appellee**

**From the 87th District Court
Freestone County, Texas
Trial Court No. 11-035-B**

## O R D E R

Big Creek Construction, LTD, appeals from the trial court's judgment in a personal injury case. The reporter's record was due to be filed in this Court on March 18, 2014. On April 18, 2014, this Court sent a letter to the court reporter noting that the reporter's record had not been filed and requesting the court reporter to file the record within 30 days from the date of the letter or to notify the Court if the record could not be filed by that date. The court reporter has not responded to the April 18 letter from

this Court. Big Creek Construction contends that they have made numerous requests for the reporter's record and have inquired about the cost of preparing the record.

Accordingly, and because the trial court shares the responsibility to see that the appellate record is timely filed, *see* TEX. R. APP. P. 35.3(c), we abate this proceeding and remand it to the trial court.

The trial court is ordered to hold a hearing, within 21 days from the date of this order, to determine a date by which the reporter will have the record properly prepared and filed in this Court. Further, the trial court is ordered to inform the reporter that the consequences of the reporter failing to file the complete and proper record with this Court, as ordered by the trial court pursuant to the above order, is that the reporter may be held in contempt of court for which the reporter may be ordered to pay a fine and may also be ordered to forfeit her fee for preparation of the reporter's record.

A record of the hearing and any findings made by the trial court are due to be filed in this Court within 35 days from the date of this order.


PER CURIAM

Before Chief Justice Gray,
          Justice Davis, and
          Justice Scoggins
Appeal abated
Order issued and filed June 5, 2014